IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN CARY CARTER,
     Plaintiff,

vs.                          Case No.:   3:19cv4828/RV/EMT

WENGART, et al.,
     Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated January 24, 2020, Plaintiff was given thirty (30) days in which to either pay the filing fee or submit a completed motion to proceed in forma pauperis (ECF No. 7). Although the order was returned by the Escambia County Work Camp in Cantonment, Florida (Plaintiff's address of record when he filed his complaint) as undeliverable (*see* ECF No. 8), the court re-sent a copy of the order to Plaintiff at his new address, the Escambia County Jail in Pensacola, Florida, on March 2, 2020 (*see* ECF No. 10). The order was again returned as undeliverable with an indication Plaintiff had been released from the Escambia County Jail (ECF No. 11). The clerk of court accessed the Jail's website and found there was no forwarding address, with Plaintiff listed as homeless (*see*

*id.*).    Based on the Court's inability to contact Plaintiff, the issuance of any further orders would be futile.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court and failure to keep the court apprised of his current address.

At Pensacola, Florida, this 2nd day of April 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.    <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>    A copy of objections shall be served upon all other parties.    If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.    *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.