#

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN CARY CARTER,
    Plaintiff,

vs.                                              Case No.: 3:19cv4828/RV/EMT

JAILER WENGART, et al.,
    Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on October 25, 2021 (ECF No. 41).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 41) is adopted and incorporated by reference in this order.

2.    This action is **DISMISSED without prejudice** for failure to prosecute and failure to comply with an order of the court.

#
Case No.: 3:19cv4828/RV/EMT

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 1st day of December 2021.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**